IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYAN ANDERSON,<br><br>        Plaintiff,<br><br>v.<br><br>NIELSEN HOLDINGS PLC, DAVID KENNY, JAMES A. ATTWOOD, JR., THOMAS H. CASTRO, GUERRINO DE LUCA, KAREN M. HOGUET, HARISH MANWANI, JANICE MARINELLI MAZZA, JONATHAN MILLER, ROBERT C. POZEN, DAVID RAWLINSON, NANCY TELLEM, JAVIER G. TERUEL, and LAUREN ZALAZNICK,<br><br>        Defendants, | Civil Action No. 1:21-cv-00374<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Bryan Anderson ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: February 8, 2021

**ROWLEY LAW PLLC**

*S/ Shane T. Rowley*
Shane T. Rowley (SR-0740)
Danielle Rowland Lindahl
50 Main Street, Suite 1000
White Plains, NY 10606
Tel: (914) 400-1920
Fax: (914) 301-3514
Email: srowley@rowleylawpllc.com
Email: drl@rowleylawpllc.com

*Attorneys for Plaintiff*